1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10

11 | MARKEL AMERICAN INSURANCE COMPANY,

Case No.  1:07-CV-00845-LJO-SMS

IN ADMIRALTY

Plaintiff,

ORDER

vs.

DALE WILLIAM RAYZOR,

Defendant.

Based upon the STIPULATION FOR ADDITIONAL THIRTY DAYS FOR DEFENDANT DALE WILLIAM RAYZOR TO FILE RESPONSIVE PLEADING TO COMPLAINT, it is hereby ORDERED that:

Defendant William Rayzor must file responsive pleading to Plaintiff Markel American Insurance Company's complaint no later than November 24, 2007.

DATED: Nunc pro tunc  11/02/2007		/s/ Sandra M. Snyder
_____		SANDRA M. SNYDER
						United States Magistrate Judge

1	07-CV-00845

[PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com