NEIL S. LERNER (SBN 134031)
ARUN DAYALAN (SBN 225255)
SANDS LERNER
12400 Wilshire Boulevard, Suite 1300
Los Angeles, California 90025
Telephone (310) 979-9144

Attorneys for Defendant,
MARKEL AMERICAN INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKEL AMERICAN INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>     vs.<br><br>DALE WILLIAM RAYZOR,<br><br>            Defendant. | Case No.  1:07-CV-00845-LJO-SMS<br><br>IN ADMIRALTY<br><br>**STIPULATION FOR ADDITIONAL TWENTY ONE DAYS FOR COUNTER-DEFENDANT MARKEL AMERICAN INSURANCE COMPANY TO FILE RESPONSIVE PLEADING TO COUNTERCLAIM;**<br> **ORDER** |

IT IS HEREBY STIPULATED between the parties to the above-referenced matter, through their respective attorneys, as follows:

1. That the Court grant an order extending the time by 21 days for Plaintiff and Counter-Defendant Markel American Insurance Company to file a responsive pleading to Defendant and Counterclaimant's Counterclaim.  A responsive pleading will now be due on or before January 11, 2008.

///

///

///

**STIPULATION AND PROPOSED ORDER FOR ADDITIONAL 21 DAYS TO RESPOND TO COUNTERCLAIM.**

2. That the order be based on this Stipulation between counsel.

DATED: December 20, 2007						SANDS LERNER


								By: /s/ Neil S. Lerner
								     NEIL S. LERNER
								     ARUN DAYALAN
								     Attorneys for Plaintiff and Counter-Defendant
								     MARKEL AMERICAN INSURANCE
								     COMPANY


DATED: December 20, 2007						BIRNBERG & ASSOCIATES


								By: /s/ Corey A. Birnberg
								     COREY A. BIRNBERG
								     SAMANTHA WILLIAMS
								     Attorneys for Defendant and Counterclaimant,
								     DALE WILLIAM RAYZOR


Dated: December 28, 2007

IT IS SO ORDERED.


								____/s/ Lawrence J. O'Neill_____
								     LAWRENCE J. O'NEILL
								     United States District Judge

**STIPULATION AND PROPOSED ORDER FOR ADDITIONAL 21 DAYS TO RESPOND TO COUNTERCLAIM.**