NEIL S. LERNER (SBN 134031)
ARUN DAYALAN (SBN 225255)
SANDS LERNER
12400 Wilshire Boulevard, Suite 1300
Los Angeles, California 90025
Telephone (310) 979-9144

Attorneys for Defendant,
MARKEL AMERICAN INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKEL AMERICAN INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>     vs.<br><br>DALE WILLIAM RAYZOR,<br><br>            Defendant. | Case No.   1:07-CV-00845-LJO-SMS<br><br>IN ADMIRALTY<br><br>**STIPULATION REGARDING CALIFORNIA INSURANCE CODE SECTION 1619, *ET SEQ*.;**<br>**ORDER** |

IT IS HEREBY STIPULATED between the parties to the above-referenced matter, through their respective attorneys, as follows:

1.     That paragraph 23 of the counterclaim filed by defendant and counterclaimant Dale William Rayzor (Rayzor) be stricken in its entirety.

2.     That item number 3 on the prayer for relief in the Rayzor counterclaim be stricken in its entirety.

3.     That any reference in Rayzor's answer or counterclaim that plaintiff and counterdefendant Markel American Insurance Company (Markel) violated section 1619, *et seq*., of the California Insurance Code be stricken from this case.

4.     That the Court enter an order regarding items 1, 2, and 3 of this stipulation.

**STIPULATION REGARDING CALIFORNIA INSURANCE CODE SECTION 1619, *ET SEQ*.;**
**[PROPOSED] ORDER.**

5. That the order be based on this Stipulation between counsel.

DATED: December 27, 2007      SANDS LERNER

                              By: /s/ Neil S. Lerner
                                  NEIL S. LERNER
                                  ARUN DAYALAN
                                  Attorneys for Plaintiff and Counter-Defendant
                                  MARKEL AMERICAN INSURANCE
                                  COMPANY

DATED: December 27, 2007      BIRNBERG & ASSOCIATES

                              By: /s/ Corey A. Birnberg
                                  COREY A. BIRNBERG
                                  SAMANTHA WILLIAMS
                                  Attorneys for Defendant and Counterclaimant,
                                  DALE WILLIAM RAYZOR

Dated: December 28, 2007

IT IS SO ORDERED.

                              _/s/ Lawrence J. O'Neill____
                                  LAWRENCE J. O'NEILL
                                  United States District Judge

**STIPULATION REGARDING CALIFORNIA INSURANCE CODE SECTION 1619, *ET SEQ*.;
[PROPOSED] ORDER.**