# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKEL AMERICAN INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>DALE WILLIAM RAYZOR,<br><br>　　　　　　Defendants<br>_____ /<br>RELATED COUNTER-ACTION.<br>_____ / | CASE NO. CV F 07-845 LJO SMS<br><br>**ORDER TO TRANSFER ACTION TO COURT'S SACRAMENTO DIVISION** |

Review of the record reflects that this action was inadvertently filed in this Court's Fresno Division although this Court's Sacramento Division is the proper venue. As such this Court:

1. TRANSFERS this action to this Court's Sacramento Division;
2. DIRECTS the clerk to take necessary action to transfer this action to this Court's Sacramento Division; and
3. VACATES all pending dates before this Court's Fresno Division.

IT IS SO ORDERED.

**Dated:   January 29, 2008**　　　　　　　　　　　**/s/ Oliver W. Wanger**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1